THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of ROSE ROGONIA, Respondent, v. JOSEPH CIOFFI, Appellant.— On the court's own motion the decision of this court handed down on March 25, 1935,* is hereby amended to read as follows: Motion to dispense with printing denied. (See People [Complaint of Haddad] v. Maher, post, p. 752, decided herewith.) Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of LORRECE HADDAD, Respondent, v. ROBERT "BOB" MAHER, Appellant.— Motion for leave to dispense with printing denied. Section 43 of the Children's Court Act of the State of New York permits an appeal to this court in a paternity proceeding on the original record. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

JACQUES SCHURRE, Appellant, v. JOHN H. RUEHMLING, Respondent.— Motion for leave to appeal to the Appellate Division granted. Lazansky, P. J., Carswell and Tompkins, JJ., concur; Hagarty and Johnston, JJ., dissent and vote to deny the motion.

JULIUS ADASSE and Another, Respondents, v. MAUER MOTOR SALES CORPORATION, Appellant.— Action to recover down payment on account of purchase price of a motor truck, because of false representations and breach of warranties respecting the quality and capacity of said truck. Judgment for plaintiffs modified by striking therefrom the provision for the return of the "International truck" by defendant to plaintiffs and as so modified unanimously affirmed, without costs. The verdict for money damages is amply supported by the proofs. That part of the verdict which awarded the International truck to the plaintiffs was improper, but that irregularity, in the absence of an objection by the defendant before the jury was discharged, did not invalidate the verdict for money damages. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

EARL DAFFER and Another, as Executors, etc., of MARY LEONARD, Deceased, Appellants, v. BROOKLYN SAVINGS BANK, Defendant, and JANE LARKIN, Respondent.— In an action by executors to recover amount of a savings bank deposit and interest, judgment for respondent reversed on the law and the facts, with costs, and judgment directed for the plaintiffs, with costs. The judgment is against the weight of the evidence. The intent to create an irrevocable trust was not established; the trust was tentative, revocable at will and was revoked by its creator. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Young, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Johnston, J., dissent and vote to affirm. Settle order on two days' notice.

---

* The decision handed down on March 25, 1935 (not reported), read as follows: Motion to dispense with printing record on appeal and briefs denied. (See Children's Court Act of State of New York, § 43; People v. Bennett, 243 App. Div. 578.) — [REP.